UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br> v. )<br>  )<br> ERIC O'NEAL SOLIER, )<br>  )<br>  Defendant. ) | Case No. CR05-391-RSM<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

### INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 16, 2010. The defendant appeared pursuant to warrant issued in this case. The United States was represented by Richard E. Cohen, and defendant was represented by James Vonasch. Also present was U.S. Probation Officer Joe Mendez. The proceedings were digitally recorded.

### SENTENCE AND PRIOR ACTION

Defendant was sentenced on July 28, 2006 by the Honorable Ricardo S. Martinez for Conspiracy to Distribute Cocaine and Cocaine Base, a Schedule II Controlled Substance. He received 60 months detention and 5 years of supervised release.

### PRESENTLY ALLEGED VIOLATIONS

In a petition dated July 2, 2010, U.S. Probation Officer Christopher S. Luscher alleged that

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

defendant violated the following conditions of supervised release:

1.	Possessing and distributing a controlled substance, oxycontin, on or about June 30, 2010, in violation of the mandatory condition that he not commit another federal, state, or local crime.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Auburn police officer Jeffrey Crawford testified that on June 30, 2010 defendant sold oxycontin to a confidential informant in a controlled buy. After the buy, defendant was arrested and police found in his possession the marked US currency the police had used in the controlled buy. Police also found additional oxycontin pills in the car defendant was driving at the time of his arrest. Based on the testimony presented, the Court found the government had proven that defendant had violation the alleged condition of supervision. Defendant was informed the matter would be set for a disposition hearing on July 30, 2010 at 10:00 a.m. before District Judge Ricardo S. Martinez.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 16th day of July, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2